UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| L & L PROPERTIES IV, LLC | * | CIVIL ACTION |
| VERSUS | * | NO: 07-1374 |
| VIDA HEPBURN | * | SECTION: "D"(4) |

## ORDER AND REASONS

Before the court is the **"Motion to Have Case Stayed"** (Doc. No. 24) filed by Defendant Vida Hepburn (proceeding *pro se*). Plaintiff, L&L Properties IV, LLC, filed a memorandum in filed a memorandum in opposition. The motion, set for hearing on Wednesday, October 10, 2007, is before the court on briefs, without oral argument. Now, having considered the memoranda of the parties, the record, and the applicable law, the court finds that the motion should be denied.

Plaintiff initially filed the instant suit against Defendant in the Civil District Court for the Parish of Orleans, State of Louisiana, alleging Defendant's alleged interference with a contract, defamation and violation of the Louisiana Unfair Trades Practices Act. Defendant removed the matter here, and this court

subsequently denied Plaintiff's Motion to Remand, and Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Alternatively to Dismiss for *Forum Non Conveniens.*

After the filing of the instant matter, Plaintiff (and two individual Plaintiffs) filed a separate action in the Bahamas seeking to restrain Defendant from trespassing on Plaintiff's property in the Bahamas ("the Bahamas suit"). (*See* attachments to Defendant's Motion to Stay). Defendant filed a counterclaim in the Bahamas suit, raising some of the issues presented in the case before this court. (*Id.*). Hence, Defendant requests this court to stay this matter due to the duplication of issues in the Bahamas suit. However, there is no legal or factual basis for granting Defendant's request to stay this motion based on duplication of litigation subsequently created by his counterclaim in the Bahamas suit. Accordingly,

**IT IS ORDERED** that the **"Motion to Have Case Stayed"** (Doc. No. 24) filed by Defendant Vida Hepburn, be and is hereby **DENIED.**

New Orleans, Louisiana, this **10th** day of **October, 2007.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2